**Order filed June 14, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00234-CV
_____

### YOLANDA ROMERO AND RAFAEL ROMERO, Appellants

### V.

### Melanie Eppinger, Hilshir Group, LLC, d/b/a HG Home Inspections, Appellee

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1171001**

---

## ORDER

The notice of appeal in this case was filed March 28, 2022. The clerk responsible for preparing the record notified this court that appellant has not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On May 17, 2022, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court within **ten (10) days** of the date of this order arrangements have been made to pay for the clerk's record. *See* Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.